JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindstrom Design, LLC, | ) CASE NO.: 2:18-cv-10602-SVW-AGR |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Natco Home Fashions, Inc. et al, | ) JS - 6 |
| Defendant. | ) |

Pursuant to the Offer of Judgment, filed on July 17, 2019, and the Acceptance of Offer of Judgment, filed on July 17, 2019, judgment is entered for Plaintiff and against Defendant, pursuant to the conditions set for in the Offer of Judgment.

KIRY K. GRAY, CLERK OF COURT

DATE: _July 17, 2019_          by _PMCruz_____

Paul M. Cruz, Deputy Clerk